UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 20-CR-3597-LAB |
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) | |
| JAMES CRYSTAL GARCIA, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  July 28, 2021

_____
HONORABLE LARRY ALAN BURNS
United States District Court Judge